**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

GREGORY LERON FROST,          :
                              :
    Plaintiff,                :
                              :
v.                            :          CASE NO.:  7:25-CV-10 (WLS)
                              :
JULIA BAUN, *et al.,*          :
                              :
    Defendants.               :
_____:

## ORDER

Previously, on January 24, 2025, the Court issued an Order (Doc. 3) denying Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2) ("IFP Motion"), filed on January 16, 2025. The Court, however, provided Plaintiff with the opportunity to amend and resubmit his application, if he chose to do so, by Friday, February 14, 2025. The Court also advised Plaintiff that if he chose not to amend his application, he must pay the filing fee, and that his failure to timely comply with the Order could result in his case being dismissed. (*See* Doc. 3). A remark on the Docket shows that Plaintiff notified the Clerk that he had not received the Court's January 24, 2025 Order, at which time the Clerk mailed a second copy of the Order to Plaintiff. (*See* Unnumbered Docket Entry dated February 14, 2025).

As of the entry of this Order, Plaintiff has not filed an amended application, nor has he paid the filing fee. The Court will allow Plaintiff one final opportunity to submit an amended IFP application or otherwise pay the statutory filing fee **within twenty-one (21) days** of the entry of this Order, or **by no later than Thursday, May 22, 2025**. Plaintiff is once again noticed that failure to timely comply with this Order may result in his case being dismissed without further notice or proceedings.

**SO ORDERED**, this 1st day of May 2025.

                    **/s/ W. Louis Sands**
                    **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1