## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

GREGORY LERON FROST,         :
                                      :
        Plaintiff,              :
                                        :
v.                                   :     CASE NO.:  7:25-CV-10 (WLS)
                                        :
JULIA BAUN, *et al.,*           :
                                        :
        Defendants.       :
_____:

### ORDER

      Previously, on January 24, 2025, the Court denied Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2). The Court provided Plaintiff with the opportunity to amend and resubmit his application, if he chose to do so, by Friday, February 14, 2025. The Court also advised Plaintiff that if he chose not to amend his application, he must pay the filing fee, and that his failure to timely comply with the Order could result in his case being dismissed. (*See* Doc. 3). When Plaintiff failed to comply, the Court entered a second Order (Doc. 4) providing Plaintiff with a final opportunity to submit an amended IFP application or pay the statutory filing fee. Plaintiff's deadline to do so was Thursday, May 22, 2025.

      As of the entry of this Order, Plaintiff has not filed an amended application, nor has he paid the filing fee. Plaintiff has wholly failed to respond to the Court's previous Orders, despite the Court's specific warnings that his failure to do so could result in his case being dismissed. (*See* Docs. 3 & 4). Because Plaintiff has failed to respond to the Court's Orders or otherwise prosecute his case, his Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.) (citations omitted).

      **SO ORDERED**, this 27th day of May 2025.

                                      **/s/ W. Louis Sands**
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**